# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

## CRIMINAL MINUTES - ARRAIGNMENT

CASE NUMBER: 5:06-CR-92-OP    TAPE NUMBER: CS 4/25/07    DATE: April 25, 2007

PRESENT: THE HONORABLE OSWALD PARADA, U.S. MAGISTRATE JUDGE

COURT CLERK: MAYNOR GALVEZ    ASSISTANT U.S. ATTORNEY: DENNISE WILLETT

COURT CLERK: ___    ASSISTANT U.S. ATTORNEY: ___

INTERPRETER / LANGUAGE: ___

| UNITED STATES OF AMERICA v. | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| 1. CLINTON MATTHEW COONS<br>[X] PRESENT [ ] CUSTODY [ ] BOND [X] SUMMONS | 1. ROBERT CALO<br>[X] PRESENT [ ] CJA [X] RETAINED [ ] DFPD |
| 2. ANDREW TOBIN MATHIS<br>[X] PRESENT [ ] CUSTODY [ ] BOND [X] SUMMONS | 2. ROBERT CALO<br>[X] PRESENT [ ] CJA [X] RETAINED [ ] DFPD |
| [ ] PRESENT [ ] CUSTODY [ ] BOND [ ] SUMMONS | [ ] PRESENT [ ] CJA [ ] RETAINED [ ] DFPD |
| [ ] PRESENT [ ] CUSTODY [ ] BOND [ ] SUMMONS | [ ] PRESENT [ ] CJA [ ] RETAINED [ ] DFPD |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

[ ] Court orders counsel appointed.   [ ] Possible contribution ordered.   [X] Filed Waiver of Indictment

[X] Defendant is arraigned and states true name is [X] as charged [ ] ___
    [ ] Defendant is arraigned as: ___

[X] Defendant is given a copy of the [ ] ___
    [ ] Indictment [X] Information, acknowledges receipt of a copy and waives reading thereof.

[X] Defendant consents to be tried by a U.S. Magistrate Judge and waives trial by jury and case is ordered assigned to Magistrate Judge OSWALD PARADA for plea and all further proceedings.

[ ] Court orders this case assigned to the calendar of ___ U.S. District Judge, for plea
    [ ] of guilty [ ] trial setting; and all further proceedings [ ] ___

[X] Defendant pleads not guilty to all counts of the [X] ___
    [ ] Indictment [X] Information as charged. [ ] Court orders this case assigned to the calendar of ___, U.S. District Judge, and further orders jury trial set for ___ at ___. Defendant and his counsel are ordered to appear before said judge at the date and time indicated.

[ ] Court orders notice to counsel and discovery and inspection order issued.

[X] Defendant's first appearance; Defendant posts a [X] $25,000.00 unsecured Appearance Bond;
    [ ] Personal Recognizance Bond. Court orders Defendant to report to the U.S. Marshal's Office forthwith for processing.

[X] Other: See Separate ~~MY~~ bond. Counsel shall file sentencing documents not later than May 14, 2007.

[ ] Trial estimate ___
[X] Status Conference [ ] Pre-Trial Conference   [ ] Motion hearing date is set for: May 22, 2007, at 1:30pm

Initials of Deputy Clerk  mg

cc: ___ CJA Supv. Attorney  xxx PSA  xxx Statistics Clerk  ___ USM ED  ___ USM LA  ___ USM SA

CR-85 (05/02)    CRIMINAL MINUTES - ARRAIGNMENT

00:15