```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  SHERI PYM
    Assistant United States Attorney
 3  Chief, Riverside Branch Office
    DENNISE D. WILLETT (Cal. State Bar # 173491)
 4  Assistant United States Attorney
         3880 Lemon Street
 5       Suite 210
         Riverside, California 92501
 6       Telephone:  (951) 276-6938
         Facsimile:  (951) 276-6237
 7       Email: Dennise.Willett@usdoj.gov

 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 9
                       UNITED STATES DISTRICT COURT
10
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

12  UNITED STATES OF AMERICA,    ) No.  ED CR 06-92-OP
                                 )
13           Plaintiff,          ) GOVERNMENT'S AMENDED SUGGESTED
                                 ) STATEMENT OF SENTENCE FOR CLINTON
14           v.                  ) MATTHEW COONS
                                 )
15  CLINTON MATTHEW COONS,       ) Date:      May 22, 2007
                                 ) Time:      1:30 p.m.
16                               )
             Defendant.          )
17  ─────────────────────────────)
```

18      Plaintiff United States of America, by and through its

19 counsel of record, Dennise D. Willett, submits the Government's

20 Amended Suggested Statement of Sentence for the defendant,

21 Clinton Matthew Coons.

22 Dated: May 11, 2007            Respectfully submitted,

23                                GEORGE S. CARDONA
                                  Acting United States Attorney
24
                                  SHERI PYM
25                                Assistant United States Attorney
                                  Chief, Riverside Branch Office
26

27                                      /s/
                                  ─────────────────────────────
                                  DENNISE D. WILLETT
28                                Assistant United States Attorney

**SUGGESTED STATEMENT OF SENTENCE**

Based upon the parties' stipulations in the plea agreement, as well as the sentencing position papers submitted by the parties, the Court finds that the information in the record is sufficient for the Court to meaningfully exercise its sentencing authority pursuant to 18 U.S.C. § 3553.

It is so ordered that the defendant shall pay to the United States a special assessment of $25, which is due immediately.

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Clinton Matthew Coons, is hereby sentenced on the single-count information to a term of probation of three years.

The defendant shall be placed on probation for a term of three years under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318, including, but not limited to, the condition that defendant shall not commit another federal, state or local crime;
2. The defendant shall refrain from any unlawful use of a controlled substance.
3. The defendant shall report this conviction to the Washington State Bar Association within thirty days of the date of this order.
4. The defendant shall abide by the continuing conditions of his plea agreement.

     5.    The defendant shall report for instructions to the U.S. Probation Office located in this building at the United States Courthouse, 3470 Twelfth Street, Riverside, California 92501.

The Court considers the sentence as stated to be reasonable given consideration of the factors set forth in 18 U.S.C. § 3553, including: under factor (a)(1), the defendant's lack of criminal history; under factor (a)(2)(A), the need for the sentence to promote respect for the laws and sufficiently and justly punish the defendant for this serious offense; under factor (a)(2)(B), the need for the sentence to impress upon defendant and others the seriousness of his offense of willful failure to file a income tax return and deter him, specifically, and others, generally, from doing so; and under factor (a)(2)(C), the need for the sentence to protect the public from further crimes of the defendant.

Also in its consideration, the Court has evaluated the Sentencing Guidelines as required by 18 U.S.C. § 3553(a)(4), and finds the calculations of suggested sentence therein for this defendant under the present circumstances to be reasonable.

The Court will therefore sentence defendant as previously stated, which is accordance with the plea agreement entered into by the parties.

It is so ordered.

## CERTIFICATE OF SERVICE

I, **GINA HERNANDEZ,** declare:

That I am a citizen of the United States and resident or employed in Riverside County, California; that my business address is the Office of United States Attorney, 3880 Lemon Street, Suite 210, Riverside, CA 92501; that I am over the age of eighteen years, and am not a party to the above-entitled action; That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy:

**GOVERNMENT'S AMENDED SUGGESTED STATEMENT OF SENTENCE FOR CLINTON MATTHEW COONS**

| | |
|---|---|
| [ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows: | [XX] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |
| [ ] By hand-delivery addressed as follows: | [ ] By facsimile as follows: |
| | [ ] By Fed Ex |

**ROBERT CALO
LANE POWELL PC
601 SW AVENUE, SUITE 2100
PORTLAND, OR 97204**

This Certificate is executed on **May 18, 2007**, in Riverside, California. I certify under penalty of perjury that the foregoing is true and correct.

_____
GINA HERNANDEZ