**Robert R. Calo**, OSB 071037
calor@lanepowell.com
**LANE POWELL PC**
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: 206.223.7000
Facsimile: 206.223.7107503-778-2200

Attorneys for Defendant Clinton Matthew Coons

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>           Plaintiff,<br><br>v.<br><br>**CLINTON MATTHEW COONS,**<br><br>           Defendant. | ED CR 06-92-SGL (OP)<br><br>**DECLARATION OF ROBERT R. CALO IN SUPPORT OF UNOPPOSED MOTION TO TERMINATE PROBATION PURSUANT TO 18 U.S.C. § 3564(e)**<br><br>By Defendant Clinton Matthew Coons |

I, Robert R. Calo, declare and testify to the following:

1.  I am the attorney for defendant Clinton Matthew Coons in the above-referenced matter. I am knowledgeable about the facts set forth herein and make this declaration in support of defendant's Unopposed Motion Terminate Probation Pursuant to 18 U.S.C. § 3564.

2.  Mr. Coons was sentenced to a term of three (3) years probation by this Court on May 22, 2007.

PAGE 1 -   DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO TERMINATE
                  PROBATION

3. Mr. Coons has complied with all terms of his probation.

4. I have spoken with Ms. Christina Turner, the probation officer who supervises Mr. Coons in the Tacoma, Washington, area (where he resides); she does not oppose his application for early termination of probation.

5. I have spoken with AUSA Eric Van de Velde, the prosecutor in this case; he deferred to the position of the Probation Office, and, as that office does not oppose early termination, his office also does not oppose early termination.

6. Through my representation of Mr. Coons and my involvement in this case, I know or have been told that: (a) Mr. Coons is a licensed attorney who pled guilty to his crime, has accepted responsibility, and has paid his debt to society; (b) Mr. Coons is a first-time offender with no history to indicate recidivism, (c) he has served a substantial portion of his probationary term, has been in full compliance, and poses no threat to society if not supervised by the Probation Office; and (d) compliance with the terms of his probation has proven a hardship to Mr. Coons' legal practice, which, in turn, is detrimental to his clients and his employees.

7. As noted above, Mr. Coons reside in the state of Washington; his counsel resides in the state of Oregon. Accordingly, given these distances—and given the fact that the motion is unopposed—it is respectfully requested that the Court grand the motion without the necessity of a hearing. However, if the Court wants a hearing, Mr. Coons and his counsel are available to be there in person (or by telephone if that is the Court's choice).

DATED: September 22, 2009

LANE POWELL PC

By     *s/ Robert R. Calo*
   Robert R. Calo, OSB 071037
   calor@lanepowell.com
   Telephone: 503.778.2104
Attorneys for Defendant Clinton Matthew Coons

PAGE 2 -   DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO TERMINATE PROBATION